# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YOLANDA LEE,**

       **Plaintiff,**

**v.**                                                      **Case No:   6:17-cv-2183-Orl-31DCI**

**GC SERVICES LIMITED
PARTNERSHIP,**

       **Defendant.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. 15), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 24, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties